**Order entered September 15, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00816-CR

**HECTOR JESUS CLAUDIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2
Dallas County, Texas
Trial Court Cause No. MB14-04542-B**

## ORDER

The Court **REINSTATES** the appeal.

On August 11,2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the finding that appellant no longer desires to pursue the appeal.

We **ORDER** the appeal submitted as of the date of this order, without the reporter's record and briefs, to a panel consisting of Chief Justice Wright and Justices Fillmore and Stoddart. *See* TEX. R. APP. P. 37.3(c), 38.84(b).

/s/    ADA BROWN
        JUSTICE